IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HELBERTH S. QUIMBAYO,

     Plaintiff,

v.

SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC and TYRONE B.
HULL,

     Defendants.

CIVIL ACTION
FILE NO.

Gwinnett County State Court
Case No.:  22-C-03864-S5

## NOTICE OF REMOVAL

COME NOW, Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC ("Defendant Swift") and TYRONE B.  HULL ("Defendant Hull") (collectively "Defendants"), by and through the undersigned counsel, without waiving any defenses to personal jurisdiction, venue, process, or service of process, and, pursuant to 28 U.S.C. § 1441(a) and (b), hereby remove to this Court the State Court action described below, respectfully showing the Court as follows:

1.

A civil action was filed by the above-named Plaintiff HELBERTH S. QUIMBAYO ("Plaintiff") in the State Court of Gwinnett County, State of Georgia, naming as the Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

and TYRONE B. HULL, being Civil Action File No. 22-C-03864-S5.   The

Summons and Complaint and all other pleadings in said civil action are attached

hereto as **Exhibit "A"**.

2.

At the time of the filing of the Complaint, Plaintiff was a citizen and resident

of the State of Georgia.

3.

At the time of the filing of the Complaint, Defendant Hull was a resident of

the State of North Carolina residing at 2841 Bellhaven Circle, Charlotte, North

Carolina 28214.  Defendant Hull was served with the Complaint on July 20, 2022.

4.

At the time of filing of the Complaint, Defendant Swift was, and currently is,

a foreign limited liability company organized under the laws of the State of Delaware

with its principal place of business located at 2200 S. 75th Avenue, Phoenix, Arizona

85043.   Defendant Swift was served with the Complaint on July 18, 2022.

5.

At the time of filing of the Complaint, the sole member of Defendant Swift

was, and currently is, Knight-Swift Transportation Holdings, Inc., which is a

publicly traded corporation organized under the laws of the State of Delaware, with

a principal place of business located at 2200 S. 75th Ave., Phoenix, Arizona 85043.

6.

Plaintiff seeks judgment against Defendants for sums in excess of $75,000.00,

exclusive of interest and costs.

7.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C.

§ 1441(a), 28 U.S.C. § 1446(a) and (b) and, in accordance with 28 U.S.C. § 1332(a),

there being diversity of citizenship between Plaintiff and all Defendants, and the

matter in controversy, exclusive of interest and costs, exceeds the sum of

$75,000.00.

8.

Now, within thirty (30) days after receipt by Defendants of a copy of the

Summons and Complaint filed in the State Court of Gwinnett County, State of

Georgia, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant

to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this

Court.

Respectfully submitted, this 12th day of August, 2022.

MCMICKLE, KUREY & BRANCH, LLP

By: */s/ Raymond J. Kurey*
RAYMOND J. KUREY
Georgia Bar No. 430472
SCOTT W. ZOTTNECK
Georgia Bar No. 700008
For the Firm
*Attorneys for Defendants*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email: rjk@mkblawfirm.com
Email: swz@mkblawfirm.com

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This pleading has been prepared in Times New Roman, 14 point font.

This 12th day of August, 2022.

By: */s/ Raymond J. Kurey*
RAYMOND J. KUREY
For the Firm

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Kendrick K. McWilliams, Sr.
Hagen Rosskopf, LLC
119 North McDonough Street
Decatur, GA 30030
*Attorney for Plaintiff*

This 12th day of August, 2022.

By: */s/ Raymond J. Kurey*
RAYMOND J. KUREY
For the Firm

15272